BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ALLEN HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 03-384-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE TRIAL CONFIRMATION HEARING FROM MARCH 23, 2006 TO MARCH 30, 2006 AT 2:00 P.M. |
| v. | ) | |
| ALLEN HARROD | ) | |
| | ) | |
| | ) | Judge: William B. Shubb |
| Defendant. | ) | Date:   March 23, 2006 |
| | ) | Time:  2:00 p.m. |

Counsel for the defendants and for the government hereby stipulate that the Trial Confirmation Hearing presently scheduled for March 23, 2006 at 2:00 p.m., is rescheduled to March 30, 2006 at 2:00 p.m.  The reason for the change of date is that Mr. Locke, counsel for Mr. Harrod will be out of town on March 23, 2006.  The defense requests the Court to exclude the time from March 23, 2006 to March 30, 2006 from the calculation of the time within which a trial must commence pursuant to 18 United States Code, Section 3161(h)(8)(A), (B)(i), and (ii) to prevent a miscarriage of justice and to give defense counsel reasonable time for effective preparation considering the complexity of the case.

Counsel for the government concurs and joins in this request and has authorized Bruce Locke to sign this stipulation and proposed order on her behalf.  Counsel for Juliette Labrecque and Michael Labrecque have also authorized Bruce Locke to sign this stipulation of their behalf.

1

                                      Respectfully submitted,

DATED: March 17, 2006                   /S/ BRUCE LOCKE
                                      BRUCE LOCKE
                                      Attorney for Allen Harrod

DATED: March 17, 2006                   /S/ BRUCE LOCKE
                                      LAUREL WHITE
                                      Attorney for the United States

DATED: March 17, 2006                   /S/ BRUCE LOCKE
                                      CARO MARKS
                                      Attorney for Michel Labrecque

DATED: March 17, 2006                   /S/ BRUCE LOCKE
                                      JAN KAROWSKY

       IT IS SO ORDERED.

DATED:  March 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE