**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile:  (916) 448-0265
Email:       KarowskyLaw@sbcglobal.net

Attorney for Defendant
Juliette Labrecque

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-03-384-WBS |
|           Plaintiff, | ) |
|       vs. | ) **ORDER** |
| Michael Labrecque, Juliette Labrecque, Irene Hunt, Allen Harrod, | ) **DATE:** February 5, 2007 |
|           Defendants | ) **TIME:** 8:30 a.m. |
| | ) **JUDGE:** Hon. William B. Shubb |

# **O R D E R**

It is hereby ordered that the Status Conference set for February 5, 2007 is hereby vacated. A Trial Confirmation Hearing is set for May 7, 2007 at 8:30 a.m.. Trial remains set for June 12, 2007. Time under the Speedy Trial Act shall be excluded to the date of June 12, 2007 pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T 4 and pursuant to 18 U.S.C. § 3161 (h) (8) (B) (ii) and Local Code T 2, as a complex case for the reasons stated by the parties.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

1 **IT IS SO ORDERED**

2 Dated:  February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com