1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ALLEN HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 03-384-WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JULY 2, 2007 TO JULY 9, 2007 |
| v. | ) | |
| ALLEN HARROD | ) | Judge:    William B. Shubb |
| | ) | Date:     July 2, 2007 |
| | ) | Time:     8:30 a.m. |
| Defendant. | ) | |

   The defendants, Allen Harrod, Juliette Labrecque, and Michael Labrecque, by and through their attorneys, Bruce Locke, Jan Karowsky, and Caro Marks, and the United States, by and through its attorney, Laurel White, hereby stipulate that the Status Conference currently set for July 2, 2007 should be continued to July 9, 2007 at 8:30 a.m., and the parties further stipulate that the time from July 2, 2007 to July 9, 2007 should be excluded from the Speedy Trial calculation pursuant to Local Code T4 for defense preparation.  Bruce Locke will be on vacation the week of July 2, 2007 and Mr. Locke does want to attend this Status Conference because the parties will probably set the date for trial and discuss pre-trial issues at this Status Conference.

                                        Respectfully submitted,

DATED: June 25, 2007                    /S/
                                        BRUCE LOCKE
                                        Attorney for Allen Harrod

1

| | |
|---|---|
| **DATED:** June 25, 2007 | /S/<br>JAN KAROWSKY<br>Attorney for Juliette Labrecque |
| DATED: June 25, 2007 | /S/<br>CARO MARKS<br>Attorney for Michael Labrecque |
| DATED: June 25, 2007 | /S/<br>LAUREL WHITE<br>Attorney for the United States |

IT IS SO ORDERED:

DATED:  June 25, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE