1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2
    CARO MARKS, Bar #159267
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6

7   Attorney for Defendant
    MICHAEL LABRECQUE
8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. Cr-S-03-384 WBS
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER TO CONTINUE
14        v.                       )  STATUS CONFERENCE RE JURY
                                   )  QUESTIONNAIRE
15  MICHAEL LABRECQUE, et al.      )
                                   )  Date:  October 29, 2007
16                 Defendants.     )  Time:  8:30 a.m.
                                   )  Judge: Hon. William B. Shubb
17  _____)

18

19        MICHAEL LABRECQUE, by and through his counsel, Caro Marks,

20  Juliette LaBrecque, by and through her counsel Jan Karowsky, Allan

21  Harrod, by and through his counsel, Bruce Locke, and the United States

22  of America, by and through its counsel, Laurel White, hereby stipulate

23  and agree to continue the hearing presently scheduled for October 15,

24  2007, for two weeks until October 29, 2007.  Counsel for Defendant

25  Labrecque and counsel for the government are currently in trial, and a

26  two-week continuance is necessary is so all counsel can participate in

27  drafting the parties' joint statement regarding the nature of the case

28  to be presented by the Court to the jury, and proposed jury questions

1   to be tendered to the potential jurors by the Court.  These two filings
2   were due on October 9, 2007, but due to the parties' trial schedules,
3   the parties were unable to meet and confer on these joint filings.
4   Therefore, the parties stipulate and agree the filings shall be
5   submitted to the Court no later than October 22, 2007. The hearing
6   shall be set for October 29, 2007, at 8:30 a.m..

7          The Court has already excluded time under the Speedy Trial Act
8   from September 10, 2007, until December 11, 2007 (See Docket, #165).
9   Such exclusion shall remain in effect.

10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1       All defense counsel and counsel for the government concur in the

2   need for this continuance.

3        Dated:  October 10, 2007

4                                          Respectfully submitted,

5                                          DANIEL BRODERICK
                                           Federal Defender
6

7                                          /s/ Caro Marks
                                           _____
8                                          CARO MARKS
                                           Assistant Federal Defender
9                                          Attorney for Defendant
                                           MICHAEL LABRECQUE
10

11                                         /s/ Jan Karowsky
                                           _____
12                                         JAN KAROWSKY
                                           Attorney at Law
13                                         Attorney for Defendant
                                           JULIETTE LABRECQUE

14                                          /s/ Bruce Locke
                                           _____
15                                         BRUCE LOCKE
                                           Attorney at Law
16                                         Attorney for Defendant
                                           ALLAN HARROD
17

18                                         /S/ Laurel White
                                           _____
19                                         LAUREL WHITE
                                           Assistant United States Attorney
20

21                                 **ORDER**

22  **IT IS SO ORDERED.**

23  Dated:  October 12, 2007

24                  _____
                    WILLIAM B. SHUBB
25                  UNITED STATES DISTRICT JUDGE
26

27

28