UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ALLEN HARROD, MICHAEL LABRECQUE,
and JULIETTE LABRECQUE,

        Defendants.
_____/

NO. CR. S-03-0384 WBS

ORDER DISMISSING APPEAL

----oo0oo----

      Pursuant to the provisions of Rule 42(a) of the
Federal Rules of Appellate Procedure, upon the motion of
defendant/appellant Michael Labrecque, said defendant's
interlocutory appeal, noticed December 17, 2007, from this
court's order of December 10, 2007, denying defendants' motion
to waive presence at trial, is hereby DISMISSED.

DATED:  December 21, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE