```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LABRECQUE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-03-384 WBS |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF HEARING; ORDER |
| v. ) | |
| ) | |
| MICHAEL LABRECQUE, et al, ) | Date:  April 28, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: William B. Shubb |
| ) | |
| _____ ) | |

   The Rule 29 Motions hearing currently set for April 14, 2008 is vacated and a new Rule 29 Motions hearing date of April 28, 2008 is hereby set.

///
///
///
///
///
///
///
///
///

1     All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.
3
   Dated: April 9, 2008                Respectfully submitted,
4
5                                      DANIEL BRODERICK
                                       Federal Defender
6
                                       /s/ Caro Marks
7                                      _____
                                       CARO MARKS
8                                      Assistant Federal Defender
                                       Attorney for Defendant
9                                      MICHAEL LABRECQUE
10
                                       /s/ Bruce Locke
11 Dated: April 9, 2008                _____
                                       BRUCE LOCKE
12                                     Attorney at Law
                                       Attorney for Defendant
13                                     ALLEN HARROD
14
15
        At the request of counsel for defendants, IT IS SO ORDERED.
16
17 DATED:  April 10, 2008
18                         _____
19                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

2