DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LABRECQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>         Plaintiff,  )<br>              )<br>    v.        )<br>              )<br>MICHAEL LABRECQUE, et al,  )<br>              )<br>         Defendant.  )<br>              )<br>_____ ) | No. Cr-S-03-384 WBS<br><br>NOTICE OF HEARING; ORDER<br><br>Date:  April 28, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

The Rule 29 Motions hearing currently set for April 14, 2008 is vacated and a new Rule 29 Motions hearing date of April 28, 2008 is hereby set.

///
///
///
///
///
///
///
///
///

1  All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.

3  Dated: April 9, 2008                Respectfully submitted,
4
5                                      DANIEL BRODERICK
                                       Federal Defender
6
                                       /s/ Caro Marks
7                                      _____
                                       CARO MARKS
8                                      Assistant Federal Defender
                                       Attorney for Defendant
9                                      MICHAEL LABRECQUE

10
                                       /s/ Bruce Locke
11 Dated: April 9, 2008                _____
                                       BRUCE LOCKE
12                                     Attorney at Law
                                       Attorney for Defendant
13                                     ALLEN HARROD

14
15
      At the request of counsel for defendants, IT IS SO ORDERED.
16
17 DATED:  April 10, 2008
18                    _____
                      WILLIAM B. SHUBB
19                    UNITED STATES DISTRICT JUDGE

2