BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ALLEN HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr-S-03-384 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM MAY 27, 2008 TO JULY 28, 2008 AND MODIFYING THE SCHEDULE FOR THE PRE-SENTENCE REPORT |
| v. | |
| MICHAEL LABRECQUE; and ALLEN HARROD, | |
| Defendants. | |

The defendants, Michael Labrecque and Allen Harrod, by and through their attorneys, Caro Marks and Bruce Locke, and the United States, by and through its attorney, Laurel White, hereby stipulate that the Judgement and Sentencing currently set for May 27, 2008 shall be continued to July 28, 2008 at 8:30 a.m., and the parties further stipulate that the proposed Pre-Sentence Report shall be disclosed to counsel no later than June 15, 2008, that counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than June 30, 2008, that the Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than July 14, 2008, and that the Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 21, 2008.

1

Respectfully submitted,

DATED: May 2, 2008          /S/ Bruce Locke
                            BRUCE LOCKE
                            Attorney for Allen Harrod

DATED: May 2, 2008          /S/ Bruce Locke for
                            CARO MARKS
                            Attorney for Michael Labrecque

DATED:  May 2, 2008         /S/  Bruce Locke for
                            LAUREL WHITE
                            Attorney for the United States

IT IS SO ORDERED:

DATED:  May 2, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE