1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2825

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CR. S-03-384 WBS
                                  )
12             Plaintiff,         )   STIPULATION AND ~~PROPOSED~~ ORDER
                                  )   TO CONTINUE SENTENCING DATE
13       v.                       )
                                  )   Date: September 2, 2008
14 MICHAEL LABRECQUE, and         )   Time: 8:30 a.m.
   ALLEN HARROD                   )   Judge: Hon. William B. Shubb
15                                )
               Defendant.         )
16 _____
   _)

17        On July 14, 2008, the court on it's own motion and with the

18 agreement of counsel, continued the sentencing date in the above-

19 entitled case from July 28, 2008 to September 2, 2008.  On or about,

20 July 14, 2008 the parties received the Probation Officer's Response

21 to the defendants' numerous informal objections to the Presentence

22 Report.  The parties have conferred and agreed that in light of the

23 sizeable number of contested issues, additional time is needed to

24 prepare for sentencing.  The parties respectfully request that the

25 current sentencing date of September 2, 2008 be vacated, and that a

26 briefing schedule and new sentencing date be set.  Based on Counsel

27 for Allen Harrod, Bruce Locke's request that he have 4 weeks to

28 prepare his formal objections and sentencing memorandum, the parties

                                    1

have agreed to the following briefing schedule:

Defendants' Formal Objections/Sentencing Memorada would be due August 18, 2008; the Government's Response and Sentencing Memorandum would be due September 15, 2008; a Reply if any would be due September 29, 2008 and the Sentencing Hearing would take place on October 14, 2008.  The Court's Courtroom Clerk has confirmed the proposed sentencing hearing date of October 14, 2008 is available.

McGREGOR W. SCOTT
United States Attorney

Date: July 21, 2008                    By /s/ Laurel D. White
                                          LAUREL D. WHITE
                                          Assistant U.S. Attorney

Date: July 21, 2008                       /s/ Laurel D. White for
                                          BRUCE LOCKE
                                          Counsel for Allen Harrod

Date: July 21, 2008                       /s/ Laurel D. White for
                                          CARO MARKS
                                          Counsel for Michael Labrecque

///

///

///

///

///

///

///

///

///

///

///

2

**ORDER**

For the reasons stated above by the parties and good cause appearing,

**IT IS HEREBY ORDERED THAT** the September 2, 2008, sentencing hearing date be vacated.  This matter shall be set for  sentencing on October 14, 2008 at 8:30 a.m.  The defendants' formal objections to the Presentence Report and Sentencing Memoranda shall be filed by August 18, 2008; the Government's Response and Sentencing Memorandum shall be filed by September 15, 2008; any Reply shall be filed by September 29, 2008.

DATED:   July 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE