DANIEL BRODERICK, Bar #89424
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LABRECQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-03-384 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| MICHAEL LABRECQUE, et al. | Date: February 2, 2009 |
| Defendants. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

MICHAEL LABRECQUE, by and through his counsel, Caro Marks, Allan Harrod, by and through his counsel, Bruce Locke, and the United States of America, by and through its counsel, Laurel White, hereby stipulate and agree to continue the Judgment and Sentencing date presently scheduled for January 12, 2009, to February 2, 2009 at 8:30 a.m. Defense Counsel Marks is tentatively set to return to the office on January 5, 2009.  Ms. Marks will need the additional time in order to prepare her reply which is due January 19, 2009  and to prepare for sentencing.

///

///

1     Defendant's Labrecque and Harrod have been advised of this
2 continuance and their signature below acknowledges their agreement.
3     All defense counsel and counsel for the government concur in the
4 need for this continuance.
5     Dated:  December 08, 2008

```
                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL LABRECQUE

                                        /s/ Michael Labrecque
                                        _____
                                        MICHAEL LABRECQUE
                                        Defendant


                                         /s/ Bruce Locke
                                        _____
                                        BRUCE LOCKE
                                        Attorney at Law
                                        Attorney for Defendant
                                        ALLAN HARROD

                                        /s/ Allan Harrod
                                        _____
                                        Defendant


                                        /S/ Laurel White
                                        _____
                                        LAUREL WHITE
                                        Assistant United States Attorney
```

1 **ORDER**

2 **IT IS SO ORDERED.**

3 Dated:   December 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE