DANIEL BRODERICK, Bar #89424
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LABRECQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-03-384 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | |
| MICHAEL LABRECQUE, et al. ) | Date:  March 2, 2009 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

MICHAEL LABRECQUE, by and through his counsel, Caro Marks, Allan Harrod, by and through his counsel, Bruce Locke, and the United States of America, by and through its counsel, Laurel White, hereby stipulate and agree to continue the Judgment and Sentencing date presently scheduled for February 2, 2009, to March 2, 2009.  Defense Counsel Marks is tentatively set to return to the office on January 20, 2009.  Ms. Marks will need the additional time in order to prepare her reply which is due February 16, 2009 and to prepare for sentencing.

///

///

///

1   Defendant's Labrecque and Harrod have been advised of this
2 continuance and their signature below acknowledges their agreement.
3   All defense counsel and counsel for the government concur in the
4 need for this continuance.
5   Dated:  January 09, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MICHAEL LABRECQUE

/s/ Michael Labrecque
_____
MICHAEL LABRECQUE
Defendant


 /s/ Bruce Locke
_____
BRUCE LOCKE
Attorney at Law
Attorney for Defendant
ALLAN HARROD

/s/ Allan Harrod
_____
Defendant


/S/ Laurel White
_____
LAUREL WHITE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   January 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE