```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL LABRECQUE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-03-384 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| MICHAEL LABRECQUE, et al. | Date: April 6, 2009 |
| Defendants. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

MICHAEL LABRECQUE, by and through his counsel, Caro Marks, Allan Harrod, by and through his counsel, Bruce Locke, and the United States of America, by and through its counsel, Laurel White, hereby stipulate and agree to continue the Judgment and Sentencing date presently scheduled for March 2, 2009, to April 6, 2009 at 8:30 a.m..

Defense Counsel Caro Marks was expected back to the office toward the end of January, but has suffered an unanticipated medical setback and will not be back until March 2009.  Because she is expected to return in March, it is not felt that it would be cost effective to reassign Mr. Labrecque's case to another attorney.

Additionally, Ms. Marks will need additional time to March 16, 2009

1  in order to prepare her reply and to prepare for sentencing.
2      Defendants Labrecque and Harrod have been advised of this
3  continuance and their signature below acknowledges their agreement.
4      All defense counsel and counsel for the government concur in the
5  need for this continuance.
6  Dated:   January 29, 2009          Respectfully submitted,
7                                     DANIEL BRODERICK
                                       Federal Defender
8
9                                     /s/ *Linda C. Harter for*
10                                    _____
                                       CARO MARKS
                                       Assistant Federal Defender
11                                     Attorney for Defendant
                                       MICHAEL LABRECQUE
12
13                                    /s/ *Michael Labrecque*
14                                    _____
                                       MICHAEL LABRECQUE
                                       Defendant
15
16                                    /s/ *Bruce Locke*
17                                    _____
                                       BRUCE LOCKE
                                       Attorney at Law
18                                     Attorney for Defendant
                                       ALLAN HARROD
19
20                                    /s/ *Allan Harrod*
21                                    _____
                                       Defendant
22
                                       /s/ *Laurel White*
23                                    _____
                                       LAUREL WHITE
24                                     Assistant United States Attorney
25
26
27
28

1  **ORDER**

2  **IT IS SO ORDERED.**

3  Dated:   January 29, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE