| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
|  | Federal Defender |
| 2 | LINDA C. HARTER, Bar #179741 |
|  | Chief Assistant Federal Defender |
| 3 | CARO MARKS, Bar #159267 |
|  | Assistant Federal Defender |
| 4 | Designated Counsel for Service |
|  | 801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814 |
|  | Telephone: (916) 498-5700 |
| 6 | |
|  | Attorneys for Defendant |
| 7 | MICHAEL LABRECQUE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-03-384 WBS |
|  | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
|  | ) | JUDGMENT AND SENTENCING |
| v. | ) | |
|  | ) | |
| MICHAEL LABRECQUE, et al. | ) | Date: April 20, 2009 |
|  | ) | Time: 8:30 a.m. |
| Defendants. | ) | Judge:   Hon. William B. Shubb |
|  | ) | |

　　　　MICHAEL LABRECQUE, by and through his counsel, Caro Marks, Allan Harrod, by and through his counsel, Bruce Locke, and the United States of America, by and through its counsel, Laurel White, hereby stipulate and agree to continue the Judgment and Sentencing date presently scheduled for April 6, 2009 to April 20, 2009 at 8:30 a.m..

　　　　Subsequent to the filing of the stipulation of January 29, 2009, a scheduling conflict arose among the parties with the present judgment and sentencing date.

　　　　The March 16, 2009 date for defense counsel's Reply is to remain unchanged.

　　　　Defendants Labrecque and Harrod have been advised of this continuance and their signature below acknowledges their agreement.

　　　　All defense counsel and counsel for the government concur in the need for this

continuance.

Dated:  February 4, 2009                    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter for
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MICHAEL LABRECQUE

/s/ Michael Labrecque
_____
MICHAEL LABRECQUE
Defendant

/s/ Bruce Locke
_____
BRUCE LOCKE
Attorney at Law
Attorney for Defendant
ALLAN HARROD

/s/ Allan Harrod
_____
Defendant

/s/ Laurel White
_____
LAUREL WHITE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  February 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE