JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ALLEN HARROD

CAROLYN WIGGIN, Bar # 182732
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Carolyn_Wiggin@fd.org

Attorney for Defendant
MICHAEL LABRECQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 03-0384-WBS |
| Plaintiff, ) | ORDER |
| v. ) | |
| MICHAEL LABRECQUE and ALLEN ) HARROD, ) | |
| Defendants. ) | Hon. William B. Shubb |

Pursuant to the Ninth Circuit's memorandum decision filed May 13, 2011 in <u>United States v. LaBrecque</u>, No. 09-10172 and <u>United States v. Harrod</u>, No. 09-10179, IT IS HEREBY ORDERED that a judgment of acquittal is entered in this case on behalf of only defendant Allen Harrod on count two and on behalf of only defendant Michael LaBrecque on count three.

Dated: August 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE